IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERIES PC OF HCI-CERBERUS PCNY OWNER LP, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC.,  | Case No.: 1:21-cv-08374 |

## [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REMAND

Upon consideration of Defendant Diamond Resorts International Marketing, Inc.'s ("Defendant") Unopposed Motion to Remand (D.E. 5 ),

IT IS HEREBY ORDERED THAT:

(1) The Unopposed Motion to Remand is GRANTED; and

(2) This case is remanded to the Supreme Court of the State of New York, County of New York *Motion (DE 5 should be terminated.*

This 28th day of October, 2021

*[signature]*
The Hon. P. Kevin Castel, USDJ

4